# Order

Michigan Supreme Court
Lansing, Michigan

December 21, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143453 & (132)

PEOPLE OF THE STATE OF MICHIGAN,
           Plaintiff-Appellee,

v                                                    SC:  143453
                                                     COA:  285672
                                                     Wayne CC:  07-023972-FC
JEAN PIERRE ORLEWICZ,
           Defendant-Appellant.

_____/

        On order of the Court, the motion to add issue is GRANTED.  By order of May 21, 2012, the application for leave to appeal the judgment of the Court of Appeals was held in abeyance pending the decision in *People v Vaughn* (Docket No. 142627).  The case having been decided on July 9, 2012, 491 Mich 642 (2012), the application is again considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Wayne Circuit Court for consideration of defendant's argument under *Miller v Alabama,* 567 US ___; 132 S Ct 2455; 183 L Ed 2d 407 (2012). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2012

_____
                                        Clerk

s1205